**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

ELIZABETH THOMPSON,

                    Defendant.

------------------------------------- x

ORDER

15 Cr. 586-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for January 14, 2020 is adjourned to January 21, 2020 at 10:00 a.m.

Dated: New York, New York
       January 9, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge