**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-                                           ORDER

ELIZABETH THOMPSON,                15 Cr. 586-1 (GBD)

                        Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The March 31, 2020 conference is adjourned to June 2, 2020 at 10:00 a.m.

Dated: New York, New York         SO ORDERED.
       March 24, 2020

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge